IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
RICHLAND DIVISION

| | |
|---|---|
| Ms. Karen Anderson,<br><br>Plaintiff,<br><br>v.<br><br>South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, Supervisor for Driver's License Suspension -Katina Miller Ragin, Former Supervisor-Cali Jefferson, Former Supervisor-Ferra Porter, Compliance-Rena Miller Vinson, Personnel-Kristen Tobias, and HR-Janella Shields,<br><br>Defendants. | C/A No.: 3:25−cv−12722-JFA-SVH<br><br><br>PLAINTIFFS' RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES |

**(A)** State full name, address, telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** The plaintiff is Karen Anderson, who resides at 698 Bush River Rd., Newberry, S.C., 29108. Her telephone number is (803) 537-0035. Plaintiff Karen Anderson alleges the Causes of Action brought herein for Hostile Work Environment/Retaliation pursuant to The Americans with Disabilities Act of 1990, as amended, Breach of Contract, and Gross Negligence and Negligent Conduct in violation of the Health Insurance Portability and Accountability Act of 1996 as the basis and extent of his interest in this case.

**(B)** As to each claim, state whether it should be tried by jury or non-jury, and why?

**ANSWER:** As to each claim stated in the Complaint, Plaintiffs request a jury trial. Plaintiffs are informed and believe that a jury of their peers will relate to their case, as is their legal right to request such a hearing.

**(C)** State whether the party submitting these responses is a publicly owned company.

**ANSWER:** Plaintiffs are citizens of the United States and Plaintiff Frankie Snider is a former employee of Defendant in this action, and as such, the subsections contained herein are not applicable to their involvement in this case.

**(D)** State the basis for asserting the claim in the division in which it was filed (or the basis of any challenges to the appropriateness of the division).

**ANSWER:** The Court has jurisdiction over this action pursuant to 28 U.S.C. Sections 1331 and 1343, and 42 U.S.C. Section 2000e (5), this being a proceeding to enforce rights and remedies secured under, 28 C.F.R. part 36, 42 U.S.C. Section 12101 and Section 12182, (Title I and Title II of The Americans with Disabilities Act of 1990) and other Federal Statutes. Venue is proper in the Richland Division because the Causes of Action arose therein, the acts and practices complained of substantially occurred there, and it is where the Defendants do business and may be found.

**(E)** Is this action related in whole or in part to any other matter filed in this District to Plaintiff's knowledge?

**ANSWER:** This action is not related in whole or in part to any other matter filed in this District to Plaintiff's knowledge.

**(F)** and **(G)** pertain to Defendant only.

*SIGNATURE SHEET ATTACHED*

Respectfully Submitted,

__s/Donald Gist_____
Donald Gist, Esq. Fed. ID# 7178
***GIST LAW FIRM, P.A.***
4400 North Main Street (29203)
Columbia, South Carolina 29230
Tel. (803) 771-8007
Fax (803) 771-0063
Email: dtommygist@yahoo.com

***Attorney for Plaintiff***

September 26, 2025