# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Ms. Karen Anderson <br> *Plaintiff(s)* <br> v. <br> South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, S <br> *Defendant(s)* | Civil Action No.: 3:25-cv-12722-JFA-SVH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
South Carolina Department of Social Services- Child Support
3150 Harden Street
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Ms. Karen Anderson )
)
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 3:25-cv-12722-JFA-SVH
)
South Carolina Department of Social Services-Child )
Support, Regional Director-Brenda Cummings, )
Assistant Director-Glenn Hasty, Former )
Manager-Brandon Tant, Supervisor-Edward Epps, S )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Compliance-Rena Miller Vinson
3150 Harden Street
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

**S/C. Priester**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ms. Karen Anderson <br><br> *Plaintiff(s)* <br><br> v. <br><br> South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, S <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-12722-JFA-SVH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Personnel-Kristen Tobias
3150 Harden Street
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ms. Karen Anderson <br><br> *Plaintiff(s)* <br><br> v. <br><br> South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, S <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-12722-JFA-SVH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Supervisor for Driver's License Suspension-Katina Miller Ragin
3150 Harden Street
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Ms. Karen Anderson <br><br> *Plaintiff(s)* <br><br> v. <br><br> South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, S <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-12722-JFA-SVH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* HR-Janella Shields
3150 Harden Street
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Ms. Karen Anderson <br><br> *Plaintiff(s)* <br> v. <br><br> South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, S <br> *Defendant(s)* | Civil Action No. 3:25-cv-12722-JFA-SVH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Assistant Director-Glenn Hasty
3150 Harden Street
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Ms. Karen Anderson )
)
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 3:25-cv-12722-JFA-SVH
)
South Carolina Department of Social Services-Child )
Support, Regional Director-Brenda Cummings, )
Assistant Director-Glenn Hasty, Former )
Manager-Brandon Tant, Supervisor-Edward Epps, S )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Former Supervisor-Ferra Porter
Richland County Circuit Court
1701 Main St. #205
Columbia, SC 29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

S/C. Priester

*Signature of Clerk or Deputy Clerk*

Date: September 29, 2025

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Ms. Karen Anderson

*Plaintiff(s)*

v.

Civil Action No. :3:25-cv-12722-JFA-SVH

South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, S

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Supervisor-Edward Epps
3150 Harden Street
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Ms. Karen Anderson )
)
)
)
*Plaintiff(s)* )
)
v. )   Civil Action No. :3:25-cv-12722-JFA-SVH
)
South Carolina Department of Social Services-Child )
Support, Regional Director-Brenda Cummings, )
Assistant Director-Glenn Hasty, Former )
Manager-Brandon Tant, Supervisor-Edward Epps, S )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Former Supervisor-Cali Jefferson
1628 Browning Rd. Ste 100
P.O. Box 1520
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Ms. Karen Anderson

*Plaintiff(s)*

v.

South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, S

*Defendant(s)*

Civil Action No. 3:25-cv-12722-JFA-SVH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Regional Director-Brenda Cummings

3150 Harden Street
Columbia, SC 29202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
*CLERK OF COURT*

S/C. Priester

*Signature of Clerk or Deputy Clerk*

Date: September 29, 2025

# UNITED STATES DISTRICT COURT

for the

District of South Carolina ▼

| | |
|---|---|
| Ms. Karen Anderson <br><br> *Plaintiff(s)* <br> v. <br> South Carolina Department of Social Services-Child Support, Regional Director-Brenda Cummings, Assistant Director-Glenn Hasty, Former Manager-Brandon Tant, Supervisor-Edward Epps, S <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-12722-JFA-SVH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Former Manager-Brandon Tant
Dutch Fork High School
1400 Old Tamah Rd.
Irmo, SC, 29063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Ms. Karen Anderson )
)
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 3:25-cv-12722-JFA-SVH
)
South Carolina Department of Social Services-Child )
Support, Regional Director-Brenda Cummings, )
Assistant Director-Glenn Hasty, Former )
Manager-Brandon Tant, Supervisor-Edward Epps, S )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General Alan Wilson
1000 Assembly St.
Columbia, SC 29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gist Law Firm, PA
4400 North Main Street
Columbia, SC 29203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: September 29, 2025

S/C. Priester

*Signature of Clerk or Deputy Clerk*